

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-19-00455-CV

———————————————

EMERGENCY SURGICAL ASSOCIATES, PLLC D/B/A LITTLE LANTERN
CLINIC, Appellant

V.

GERSON O. PINEDA, M.D., Appellee

---

On Appeal from the 362nd District Court
Denton County, Texas
Trial Court No. 19-05560-362

---

Before Birdwell, Bassel, and Womack, JJ.
Per Curiam Memorandum Opinion

**MEMORANDUM OPINION AND JUDGMENT**

We have considered "Appellant's Motion to Dismiss Appeal." We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Appellant must pay all costs of this appeal. *See* Tex. R. App. P. 42.1(d), 43.4.

Per Curiam

Delivered: January 9, 2020